In the Matter of the Application of the CITY OF NEW YORK, Respondent, against the Unsafe Building Known as the Hall of Records.

JOHN H. PARKER COMPANY, Appellant.

*Matter of City of New York*, 129 App. Div. 911, appeal dismissed.
(Argued November 8, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1908, which affirmed an order of Special Term denying a motion for leave to intervene.

*John L. Hill* and *Richard P. Lydon* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Clarence L. Barber, Theodore Connoly* and *John F. O'Brien* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HISCOCK, J.